**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Claudia Moorman,<br><br>                          Plaintiff(s)<br><br>                    v.<br><br>Bluestem Brands,<br><br>                          Defendant(s). | 2:16-cv-04835-TJH-RAO |
| | **MEDIATION REPORT** |

_**Instructions:** **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1. ☐  A mediation was held on (date): _____ .

   ☑  A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐  Appeared as required by Civil L.R. 16-15.5(b).
   ☐  Did not appear as required by Civil L.R. 16-15.5(b).

      ☐  Plaintiff or plaintiff's representative failed to appear.
      ☐  Defendant or defendant's representative failed to appear.
      ☐  Other:

3. Did the case settle?
   ☐  Yes, fully, on _____ (date).
   ☐  Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐  Yes, partially, and further facilitated discussions are **not** expected.
   ☐  No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐  No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: December 5, 2017 _____

_____
/s/
Signature of Mediator

_____
Gail Killefer
Name of Mediator (print)

_The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_