1  Rachel Rebecca Stevens (261360)
2  Amy Lynn Bennecoff Ginsburg (275805)
3  **KIMMEL & SILVERMAN, P.C.**
   30 East Butler Pike
4  Ambler, PA 19002
5  Telephone: (215) 540-8888
   Facsimile: (215) 540-8817
6  rstevens@creditlaw.com
7  aginsburg@creditlaw.com

8  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MOORMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. dba FINGERHUT,<br><br>　　　　Defendant. | Case No. 2:16-cv-04835-TJH-RAO<br><br>*Assigned to Terry J. Hatter, Jr.; Referred to Magistrate Judge Rozella A. Oliver*<br><br>**STIPULATION TO DISMISS DEFENDANT BLUESTEM BRANDS, INC.; PROPOSED ORDER**<br><br>Complaint Filed:　July 1, 2016<br>Trial:　　　　　　February 6, 2018 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Claudia Moorman and defendant Bluestem Brands, Inc., that Bluestem Brands, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1), and that each party shall bear its own attorneys' fees and costs.

Date: January 12, 2018            By: */s/ Chelsea L. Diaz*
                                  CHELSEA L. DIAZ
                                  Doll Amir & Eley LLP
                                  1888 Century Park East, Ste 1850
                                  Los Angeles, CA 90067
                                  Phone: 310-557-9100
                                  Fax: 310-557-9101
                                  Email: cdiaz@dollamir.com
                                  *Attorney for the Defendant*

Date: January 12, 2018            By: */s/ Amy L. Bennecoff Ginsburg*
                                  AMY L. BENNECOFF GINSBURG
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: aginsburg@creditlaw.com
                                  *Attorney for the Plaintiff*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Bluestem Brands, Inc. is dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: _____     _____
                                  HON. TERRY J. HATTER
                                  UNITED STATES DISTRICT JUDGE