Rachel Rebecca Stevens (261360)
Amy Lynn Bennecoff Ginsburg (275805)
**KIMMEL & SILVERMAN, P.C.**
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
rstevens@creditlaw.com
aginsburg@creditlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MOORMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. dba FINGERHUT,<br><br>　　　　　Defendant. | Case No. 2:16-cv-04835-TJH-RAOx<br>*Assigned to Terry J. Hatter, Jr.; Referred to Magistrate Judge Rozella A. Oliver*<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANT BLUESTEM BRANDS, INC. [JS-6]**<br><br>Complaint Filed:　July 1, 2016<br>Trial:　　　　　　February 6, 2018 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Claudia Moorman and defendant Bluestem Brands, Inc., that Bluestem Brands, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1), and that each party shall bear its own attorneys' fees and costs.

Date: January 17, 2018             By: */s/ Chelsea L. Diaz*
                                   CHELSEA L. DIAZ
                                   Doll Amir & Eley LLP
                                   1888 Century Park East, Ste 1850
                                   Los Angeles, CA 90067
                                   Phone: 310-557-9100
                                   Fax: 310-557-9101
                                   Email: cdiaz@dollamir.com
                                   *Attorney for the Defendant*

Date: January 17, 2018             By: */s/ Amy L. Bennecoff Ginsburg*
                                   AMY L. BENNECOFF GINSBURG
                                   Kimmel & Silverman, P.C.
                                   30 East Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Fax: (877) 788-2864
                                   Email: aginsburg@creditlaw.com
                                   *Attorney for the Plaintiff*

### ORDER

Pursuant to the stipulation of the Parties, Defendant Bluestem Brands, Inc. and this case is dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: January 17, 2018             _____
                                   HON. TERRY J. HATTER, JR.
                                   UNITED STATES DISTRICT JUDGE